**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                       No. 4:14CR00222 JLH

LARRY HAMILTON                                                                              DEFENDANT

## ORDER

The defendant's motion to reconsider is DENIED.  Document #28.

IT IS SO ORDERED this 2nd day of February, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE