IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:14CR00222 JLH

LARRY HAMILTON     DEFENDANT

## ORDER

It has been brought to the Court's attention that on October 4, 2016, Larry Hamilton attempted to file the documents attached to this Order, which are a notice of appearance in which he says that he has terminated the services of his attorney, Kim Driggers, and wishes to represent himself; a copy of a letter to Driggers giving notice that he is terminating her services; and a motion to withdraw the unopposed motion to continue jury trial. The Clerk of Court did not file these documents because Local Rule 5.5(c)(1) provides:

> Every pleading, motion, or other paper (except a pro se motion to discharge an attorney) filed in behalf of a party represented by counsel shall be signed by at least one attorney of record . . . .

Local Rule 83.5(f) provides, "No attorney shall withdraw his appearance in any action or proceeding except by leave of Court . . . ." Because Hamilton is currently represented by an attorney and has not filed a pro se motion to discharge his attorney, the Clerk properly refused to file the attached documents. Furthermore, Hamilton cannot unilaterally discharge his attorney — that requires a court order.

If Hamilton wishes to proceed pro se after further consultation with his attorney, Kim Driggers, he must file a pro se motion to discharge Driggers. The Court will then conduct a hearing, if one appears to be needed, before ruling on the motion.

As noted above, Hamilton moved to withdraw the unopposed motion to continue the jury trial. He notes that the basis for the earlier motion for a continuance was that the parties had entered into plea agreement negotiations, but that was no longer applicable.

On October 3, 2016, Driggers filed a status report on behalf of Hamilton in which she noted that on September 27, 2016, the United States filed a superseding indictment and that on October 1, 2016, the United States provided her with additional evidence that it intends to use at trial on the superseding indictment. In light of the superseding indictment and the recently provided evidence, she stated that she needed additional time to review the documents, file appropriate motions to limit or suppress that evidence, and conduct any additional investigation that may be needed.

After reviewing the status report and the additional request for a continuance, the Court entered an Order on October 4, 2016, granting the motion for continuance in order to allow defense counsel the reasonable time necessary for effective preparation for trial. That ruling was based upon the fact that the United States had recently filed a superseding indictment and had recently provided additional evidence to defense counsel, not based on the fact that the parties had entered into plea agreement negotiations. The Order granting the continuance will not be vacated.

The Court directs Ms. Driggers to provide a copy of this Order to Mr. Hamilton.

IT IS SO ORDERED this  5th  day of October, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V ) | No. 4:14CR00222 JLH |
| ) | |
| LARRY HAMILTON ) | |

### NOTICE OF APPEARANCE

1.  COMES NOW, Defendant, Larry Hamilton (Hamilton), *pro se*, and for his Notice Of Appearance, states:

2.  Defendant has chosen to represent himself in the above referenced matter as a *pro se* litigant and herewith notifies the Court of the change in his representation in this matter.

3.  Defendant has previously notified by letter, electronically delivered this day, his now previous counsel and attorney, Kim Driggers, of his intention to represent himself and the termination of her services. This letter is attached as Exhibit "A".

Respectfully submitted,

*[signature]*

Larry Hamilton
*pro se*
1008 Biscayne Drive
Little Rock, AR 72227
501-366-3900
Leh3z@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was electronically delivered to Ali Ahmad, AAhmad2@usa.doj.gov and Hunter Bridges, Hbridges@usa.doj.gov, on this fourth day of October, 2016.

_____
Larry Hamilton

October 4, 2016

1008 Biscayne Dr.
Little Rock, AR 72227

**VIA: ELECTRONIC DELIVERY**

Ms. Kim Driggers
Federal Public Defenders Office
Kim_driggers@fd.org

RE: *United States of America v. Larry Hamilton*
    No. 4:14CR00222 JLH

Dear Ms. Driggers:

Please know, your services as my attorney in the above referenced matter is immediately terminated.

In regard,

Larry Hamilton



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
V ) No. 4:14CR00222 JLH
)
LARRY HAMILTON )

## MOTION TO WITHDRAW the UNOPPOSED MOTION TO CONTINUE JURY TRIAL

1. COMES NOW, Defendant, Larry Hamilton (Defendant), *pro se*, and for his *Motion To Withdraw the Unopposed Motion To Continue Jury Trial* (*Motion To Withdraw*), states:

2. This *Motion To Withdraw* is pursuant to the Sixth Amendment to the U.S. Constitution which provides in part:

In all criminal prosecutions, the accused shall enjoy the right to a speedy...trial...

3. This *Motion To Withdraw* is also pursuant to Defendant's right to defend himself in this matter as a *pro se* defendant.

4. An *Unopposed Motion To Continue Jury Trial* was filed on Defendant's behalf in the above referenced matter, on or about September 28, 2016.

5. The primary basis of the *Unopposed Motion To Continue Jury Trial* was that the parties to this matter, had entered into plea agreement negotiations, which basis is no longer applicable.

6. Defendant asserts by his *Motion To Withdraw*, herewith, his right to a speedy trial and requests that the Court grant Defendant's *Motion To Withdraw* or if the previous filed *Unopposed Motion To Continue Jury Trial* has been granted by order of the Court that the Court vacate its order.

**WHEREFORE,** premises considered, Defendant petitions the Court to grant Defendant's *Motion To Withdraw the Unopposed Motion To Continue Jury Trial* or if the *Unopposed Motion To Continue Jury Trial* has been granted by order of the Court, that the Court vacate its order.

Respectfully submitted,

*/s/ Larry Hamilton*
Larry Hamilton
*pro se*
1008 Biscayne Drive
Little Rock, AR 72227
501-366-3900
Leh3z@aol.com

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing was electronically delivered to Ali Ahmad, AAhmad2@usa.doj.gov and Hunter Bridges, Hbridges@usa.doj.gov, on this fourth day of October, 2016.

*/s/ Larry Hamilton*
Larry Hamilton